| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Godbey, David C. | 2. Court or Organization Northern District of Texas | 3. Date of Report 08/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U. S. District Judge
1100 Commerce Street Room 1504
Dallas Tx 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor 2 estates | Executorships, See Part VII. Lines 5-18 |
| 2. | Trustee | Family Trust, See Part VII, Lines 48-53 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self employed, attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch - Retirement (H) | | | | | | | | | |
| 2. -Vanguard Institutional Index Fund | E | Dividend | P1 | T | Buy (add'l) | 06/30/18 | J | | |
| 3. -Vanguard Short Term Investment Grade Fund ADM Class | D | Dividend | N | T | Buy (add'l) | 06/30/18 | J | | |
| 4. JPMorgan Chase Bank Accounts | A | Interest | L | T | | | | | |
| 5. JPMorgan Chase Bank Accounts DOD 8-16-14 (2) | A | Interest | K | T | | | | | |
| 6. JP Morgan Chase Bank Account DOD 6-18-12 | A | Interest | L | T | | | | | |
| 7. TDAmeritrade formerly Scottrade Brokerage #2 (H) | | | | | | | | | |
| 8. - Bank deposit program | A | Interest | J | T | | | | | |
| 9. -Aberdeen Asia-Pacific Income FAX | A | Dividend | J | T | | | | | |
| 10. -DXC Technology | A | Dividend | J | T | | | | | |
| 11. -Hewlett Packard Enterprise Company | A | Dividend | J | T | | | | | |
| 12. -Hopewell Holdings (X) | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 13. -HP Inc | A | Dividend | J | T | | | | | |
| 14. -Micro Focus International PLC (Y) | | | | | | | | | |
| 15. -National Ret Prp NNN | A | Dividend | J | T | | | | | |
| 16. -Public Service Entpz Group PEG | A | Dividend | J | T | | | | | |
| 17. -Telefonica deEspana TEF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Texas Pacific Land & Trust TPL | A | Dividend | N | T | | | | | |
| 19. Hawaii Electric Industries Inc | A | Dividend | J | T | | | | | |
| 20. Putnam Tax Exempt Income-A | A | Dividend | J | T | | | | | |
| 21. Schwab Brokerage (H) | | | | | | | | | |
| 22. - Sch Adv Cash Reserve | A | Dividend | J | T | | | | | |
| 23. - DFA One Year Fixed Inc Port Instl DFIHX | B | Dividend | L | T | | | | | |
| 24. - DFA Two Year Global Fixed Inc Port Instl DFGFX | A | Dividend | K | T | | | | | |
| 25. - DFA Emerging Mkts Sm Cap Port Instl DEMSX | B | Dividend | K | T | | | | | |
| 26. - DFA Emerging Mkts Value Port Instl DFEVX | A | Dividend | K | T | | | | | |
| 27. - DFA Intl Sm Cap Grwth Instl DISMX | B | Dividend | K | T | | | | | |
| 28. - DFA Intl Sm Cap Value Port Instl DISVX | B | Dividend | K | T | | | | | |
| 29. - DFA Real Estate Secur Port Instl DFREX | B | Dividend | K | T | | | | | |
| 30. - DFA US Lg Cap Grwth Instl DUSLX | A | Dividend | K | T | | | | | |
| 31. - DFA US Lg Cap Value Port Instl DFLVX | B | Dividend | K | T | | | | | |
| 32. - DFA US Micro Cap Port Instl DFSCX | A | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 33. - DFA US Sm Cap Grwth Instl DSCGX | A | Dividend | J | T | | | | | |
| 34. - DFA US Sm Cap Value Port Instl DFSVX | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Inter-Term Corp Bond Ix Ad | E | Dividend | P1 | T | Buy (add'l) | 06/30/18 | L | | |
| 36. Vanguard Total Stock Mkt Idx Adm | E | Dividend | P1 | T | Sold (part) | 02/28/18 | J | B | |
| 37. | | | | | Sold (part) | 04/25/18 | K | D | |
| 38. | | | | | Sold (part) | 06/11/18 | K | D | |
| 39. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 40. | | | | | Sold (part) | 09/14/18 | J | C | |
| 41. Vanguard Prime MMA | A | Dividend | J | T | | | | | |
| 42. TDAmeritrade formerly Scottrade Brokerage #3(H) | | | | | | | | | |
| 43. - SPDR S&P 500 ETF Trust | B | Dividend | L | T | | | | | |
| 44. - SPDR S&PMidcap 400ETF Tr | B | Dividend | L | T | | | | | |
| 45. - Vanguard Int-Term Corp | D | Dividend | M | T | | | | | |
| 46. - Vanguard FTSE Dev Mkts | B | Dividend | L | T | | | | | |
| 47. - Bank deposit program | A | Interest | M | T | | | | | |
| 48. TDAmeritrade formerly Scottrade Brokerage #4(H) | | | | | | | | | |
| 49. - SPDR S&P 500 ETF Trust | B | Dividend | L | T | | | | | |
| 50. - SPDR S&PMidcap 400ETF Tr | B | Dividend | L | T | | | | | |
| 51. - Vanguard Int-Term Corp | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Vanguard FTSE Dev Mkts | B | Dividend | L | T | | | | | |
| 53.   -Bank deposit program | A | Interest | M | T | | | | | |
| 54.   Fergus Oil & Gas LLC DOD 6/18/12 (Y) | | | | | | | | | |
| 55. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Godbey, David C.** | 08/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 5 through 18. Respondent was Executor of two family member's estates. Dates of death were June 18,2012 and August 16, 2014.
Part VII, Line 48 through 53 were from a trust created under estate administration.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **David C. Godbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544